# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. SALDANO, et al., | CASE NO. CV F 01-5462 LJO |
| Plaintiffs, | **ORDER TO SET TRIAL SETTING CONFERENCE** |
| vs. | Date: September 12, 2006 |
| UNITED STATES OF AMERICA, et al., | Time: 8:45 a.m.<br>Dept.: 8 (LJO) |
| Defendants. | |

With the Ninth Circuit Court of Appeals' July 12, 2006 decision to reverse in part summary judgment, this Court SETS a trial setting conference for September 12, 2006 at 8:30 a.m. in Department 8 (LJO). At the conference, the parties' counsel shall be prepared to set dates for a pretrial conference and trial. If jointly requested by the parties, this Court will entertain to set a settlement conference. The parties' counsel may appear at the trial setting conference by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   July 13, 2006**           /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES MAGISTRATE JUDGE

1