1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000
   Facsimile: (559)497-4099
5
   Attorneys for Defendant UNITED STATES OF AMERICA
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
    JOHN A. SOLDANO, DENISE      )   CV-F-01-5462 LJO
11  SOLDANO,                     )
                                 )
12           Plaintiffs,         )
                                 )   STIPULATION TO CONTINUE DATES
13      v.                       )   AND ORDER THEREON
                                 )
14  THE UNITED STATES OF         )
    AMERICA, et al.,             )
15                               )
             Defendants.         )
16                               )
                                 )
17

18      The parties, by and through their respective attorneys,

19 hereby submit the following stipulation to extend the expert

20 disclosure deadlines in this case:

21      Due to the Christmas holidays, counsel for Defendant is

22 having difficulty obtaining updated expert reports.  Counsel for

23 Defendant therefore requests, and counsel for Plaintiff does not

24 oppose, that the parties be given additional time to submit their

25 reports as set forth below:

26

27

28

```
Current Date                              Proposed Date
Disclose experts
     January 1, 2007                      February 2, 2007
Supplemental Experts
     February 2, 2007                     February 16, 2007
All other dates, including trial dates, to remain the same.
                                    McGREGOR W. SCOTT
                                    United States Attorney
Date: December 12, 2006

                                         /s/ Kristi C. Kapetan
                                    By:  KRISTI C. KAPETAN
                                         Assistant U. S. Attorney
                                         Attorneys for the Defendant


                                    Law Offices of Frederico Sayre
Date: December 12, 2006

                                    By:  /s/ James Rumm
                                         JAMES RUMM
                                         Attorney for Plaintiffs
```

     IN VIEW OF THE FOREGOING IT IS HEREBY ORDERED THAT: The Expert Disclosure deadline in this case is extended to February 2, 2007 and the date for supplemental reports is February 16, 2007.

   IT IS SO ORDERED.

**Dated:   December 13, 2006**          /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE