IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. SALDANO, et al., | CASE NO. CV F 01-5462 LJO |
| Plaintiffs, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | Date: February 15, 2007<br>Time: 9 a.m.<br>Dept.: 8 (LJO) |
| Defendants. / | |

Defense counsel has informed the Court of issues regarding plaintiff John A. Saldano's damages calculations (life care plan), related expert testimony, and bifurcation of liability and damages issues at the June 4, 2007 trial. As such, this Court SETS a status conference for February 15, 2007 at 9 a.m. in Department 8 (LJO). At the conference, the parties' counsel shall be prepared to discuss Mr. Saldano's life care plan, related expert testimony, and bifurcation of liability and damages at trial. The parties' counsel may appear at the trial setting conference by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   February 7, 2007**            /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES DISTRICT JUDGE

1