**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN A. SALDANO, et al., | CASE NO. CV F 01-5462 LJO |
| Plaintiffs, | **ORDER TO BIFURCATE ISSUES** |
| vs. | Trial: June 4, 2007 |
| UNITED STATES OF AMERICA, et al., | Time: 9 a.m.<br>Dept.: 8 (LJO) |
| Defendants. | |

This Court conducted a February 15, 2007 status conference to address issues regarding plaintiff John A. Saldano's damages calculations (life care plan), related expert testimony, and bifurcation of liability and damages issues at the June 4, 2007 trial. The parties' counsel agreed to bifurcate liability and damages issues. On the basis of good cause and to promote efficiency, this Court BIFURCATES liability and damages issues at the 3-4 day trial set for June 4, 2007.

IT IS SO ORDERED.

**Dated:   February 15, 2007**            /s/ Lawrence J. O'Neill
66h44d                                             UNITED STATES DISTRICT JUDGE