UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN A. SOLDANO and DENISE SOLDANO,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **CASE NO. 1:01-cv-05462-LJO-SMS**<br><br>**ORDER PERMITTING UNITED STATES TO OBJECT TO RETURN OF DEPOSITED FUNDS** |

During the course of a routine review of funds held in this Court's registry accounts, it has come to the Court's attention that $125.00 remains in the registry account for this case, deposited by Plaintiff John Soldano on December 29, 2003 as an appeal bond in connection with Plaintiffs' appeal of this Court's November 17, 2003 Judgment in favor of the United States. *See* Docs. 97 & 104; *see also* Doc. 103. That appeal resulted in a partial reversal. Doc. 113. The Court conducted a bench trial in September 2007, Docs. 141-143, which resulted in entry of judgment in favor of the United States. Docs. 145 & 146. Plaintiffs appealed. Doc. 148. The Ninth Circuit affirmed the Court's judgment on May 27, 2009. Doc. 164. The Court cannot discern from the record any reason to retain Plaintiff John Soldano's funds, but in an abundance of caution will give the United States an opportunity to object to the release of those funds. Accordingly, the United

States shall have ten (10) days from service of this order to object to the release of the above-mentioned funds to Plaintiff John Soldano.

**IT IS SO ORDERED.**

    **Dated:**   **October 9, 2015**           **/s/ Lawrence J. O'Neill**
                                                          **UNITED STATES DISTRICT JUDGE**