FILED

NOV 16 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1

2

3

4

UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7  JOHN A. SOLDANO and DENISE SOLDANO, | CASE NO. 1:01-cv-05462-LJO-SMS |
| 8 | |
| 9      Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO RETURN DEPOSITED FUNDS |
| 10      v. | |
| 11  THE UNITED STATES OF AMERICA, | |
| 12      Defendant. | |

13

14    During the course of a routine review of funds held in this Court's registry accounts, it has

15 come to the Court's attention that $125.00 remains in the registry account for this case, deposited

16 by Plaintiff John Soldano on December 29, 2003 as an appeal bond in connection with Plaintiffs'

17 appeal of this Court's November 17, 2003 Judgment in favor of the United States. *See* Docs. 97 &

18 104; *see also* Doc. 103. That appeal resulted in a partial reversal. Doc. 113. The Court conducted

19 a bench trial in September 2007, Docs. 141-143, which resulted in entry of judgment in favor of

20 the United States. Docs. 145 & 146. Plaintiffs appealed. Doc. 148. The Ninth Circuit affirmed the

21 Court's judgment on May 27, 2009. Doc. 164.

22

23    On October 9, 2015, the Court permitted the United States to object to the release of the

24 above-mentioned funds to Plaintiff John Soldano. To date, the United States has not objected.

25 Accordingly, the Clerk of Court is ordered to return the above-mentioned funds to Plaintiff John

26 Sedano, along with any accrued interest.

27    The funds deposited by Plaintiff John Sedano ($125.00), along with any accrued interest,

28

1

1    shall be made payable to:

2        John Sedano
         c/o Federico Castelan Sayre
3        6 Hutton Centre Drive, Suite 600
4        Santa Ana, CA 92707

5

6    **IT IS SO ORDERED**

7    Dated: *Nov 16, 2015*                    _____
                                              **Lawrence J. O'Neill**
8                                             **United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                 2